In the Matter of ANGEL MORALES, Appellant, v BRION D. TRAVIS, as Chair of the New York State Board of Parole, Respondent.

Submitted November 6, 2006; decided December 19, 2006

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

CHANA TAUB, Appellant, v SIMON TAUB, Respondent.

Submitted November 20, 2006; decided December 19, 2006

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.